# In the
# United States District Court
## For the
## Western District of Wisconsin

Mikayla Marie LeRette,

    Plaintiff,

v.                                                                  Case No. 3:25-cv-00183-jdp

The City of Superior, Wisconsin, and Thomas Champaigne,

    Defendants.

---

**Plaintiff's Unopposed Motion for One-Week Extension of Time to File Amended Complaint Without Leave of Court**

---

The Plaintiff, by her attorneys, The Jeff Scott Olson Law Firm, S.C., by Attorney Jeff Scott Olson, and Gondik Law, S.C., by Richard S. Gondik, Jr., hereby move the Court for an extension of one week to file an amended complaint without leave of the Court, from July 22, 2025, the date set in the Preliminary Pretrial Order (dkt. # 10, at 1), to July 29, 2025.

The grounds for this motion are that due to a number of parallel proceedings in the City of Superior, including:

- An ongoing investigation, commissioned by the City, conducted by the OIR Group,[1] and

- A wide-ranging grievance filed by WPPA Local #27, the union local representing the officers of the superior Police Department,

a great deal of documentation has been developed that should be thoroughly reviewed before finalizing an amended pleading.

The undersigned is authorized to state that the Defendants do not object to this extension.

Dated this Tuesday, July 22, 2025.

    Respectfully submitted,

        Mikayla Marie LeRette,

        Plaintiff,

        By

        GONDIK LAW, S.C.
        RICHARD S. GONDIK, JR.
        State Bar Number 1011331
        1215 Belknap St.
        Superior, WI 54880-2820
        Phone:    (715) 395-3180
        Fax:    (715) 394-7786
        Email:    richardgondik@gmail.com

---

[1] The OIR Group is a California consulting firm that specialized in the review of police practices, policies, and critical incidents. It was retained by the City of Madison to review its police policies, practices and culture, and produced a report in 2017. https://www.oirgroup.com/ (last accessed July 22, 2025).

THE JEFF SCOTT OLSON LAW FIRM, S.C.
JEFF SCOTT OLSON
State Bar Number 1016284
1025 Quinn Drive, Suite 500
Waunakee, WI  53597-2502
Phone: 608 283-6001
Fax: 608 283 0945
E-mail: jsolson@scofflaw.com


/s/   Jeff Scott Olson
_____

Jeff Scott Olson

ATTORNEYS FOR PLAINTIFF