IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MIKAYLA MARIE LERETTE,

    Plaintiff,

v.

                                      Case No: 25-CV-183

THE CITY OF SUPERIOR, WISCONSIN,
In Their Individual Capacities
THOMAS CHAMPAIGNE
JOHN KIEL, JEFFREY HARRIMAN and
MICHELLE POPE,

    Defendants.

## CONFIDENTIALITY AGREEMENT

I declare under penalty of false swearing under the law of Wisconsin that the following is true and correct:

    1.    It is my understanding that confidential information will be provided to me pursuant to the terms and restrictions of the Protective Order entered in *Mikayla LeRette v. The City of Superior, Wisconsin,, et al.*, 25-CV-183, by the United States District Court for the Western District of Wisconsin, ("Court").

    2.    I have been given a copy of and have read the Protective Order and have had its meaning and effect explained to me by the attorneys providing me with such confidential information, and that I hereby agree to be bound by it.

    3.    I further agree that I shall not disclose such confidential information to others,

1

except in accordance with the Protective Order.

    4.    It is my understanding that if I fail to abide by the terms of the Protective Order then I may be subject to sanctions imposed by the Court for such a failure.

    5.    I hereby consent to the jurisdiction of the Court for purposes of enforcing the Protective Order.

    6.    I declare under penalty of false swearing under the law of Wisconsin that the foregoing is true and correct.

DATED: _____

SIGNATURE: _____

PRINTED NAME: _____