IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MIKAYLA MARIE LERETTE,

     Plaintiff,

                                 Case No:  25-CV-183

v.

THE CITY OF SUPERIOR, WISCONSIN,
THOMAS CHAMPAIGNE, JOHN KIEL,
JEFFREY HARRIMAN, AND MICHELLE POPE,

     Defendants.

## DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Defendants, the City of Superior, Thomas Champaign, John Kiel, Jeffrey Harriman, and Michelle Pope ("Defendants") by their attorneys, Crivello, Nichols & Hall, S.C., hereby respectfully move the Court, the Honorable James D. Peterson presiding, for an Order granting summary judgment to Defendants and dismissing Plaintiff's claims against them in this matter on their merits, in their entirety, with prejudice, and together with the costs and disbursements of this action.

This Motion is made pursuant to Rule 56 of the Federal Rules of Civil Procedure and it is based upon the record of this case, the pleadings and proceedings had herein, Defendants' Proposed Findings of Fact filed in support of this Motion, their Brief in Support of Summary Judgment, the Declarations filed in support of this Motion, as well as all other papers, pleadings, and exhibits on file herein and/or exhibits attached to the declaration accompanying this Motion.

Through this Motion, Defendants seek dismissal of all claims against them in this matter on their merits, with prejudice, plus an award of costs, disbursements, and fees as may be allowed by law, and such other relief the Court deems equitable.

Dated this 17th day of April, 2026.

CRIVELLO, NICHOLS & HALL, S.C.
Attorneys for Defendants, The City of Superior, Wisconsin, Thomas Champaigne, John Kiel, Jeffrey Harriman, and Michelle Pope

By:    */s/Kiley B. Zellner*
        SAMUEL C. HALL, JR.
        State Bar No.: 1045476
        MAXWELL P. CONGDON
        State Bar No.: 1139726
        KILEY B. ZELLNER
        State Bar No.: 1056806
        710 N. Plankinton Ave., Suite 500
        Milwaukee, WI 53203
        Phone: 414-271-7722
        Email: shall@crivellolaw.com
                mcongdon@crivellolaw.com
                kzellner@crivellolaw.com

2