# In the
# United States District Court
## For the
### Western District of Wisconsin

Mikayla Marie LeRette,

      Plaintiff,

      v.                                                Case No. 25-cv-183

The City of Superior, Wisconsin, and,
In Their Individual Capacities,
Thomas Champaigne, John Kiel,
Jeffrey Harriman and Michelle Pope,

      Defendants.

## Plaintiff's Unopposed Motion for Brief Extension of Time for Summary Judgment Submissions

The Plaintiff, Mikayla Marie LeRette, by her attorneys, The Jeff Scott Olson Law Firm, S.C., by Attorney Jeff Scott Olson, and Gondik Law, S.C., by Richard S. Gondik, Jr., pursuant to Rule 6(b)(1)(A), F.R.Civ.P., hereby moves the Court for the following extension of time to file her submissions in response to the Defendants' pending Motion for Summary Judgment (dkt. # 32):

| Item | Current Date | Requested Date |
|---|---|---|
| **Motion for Summary Judgment** | Filed as dkt. # 32 on April 17, 2026, pursuant to Court's Order Granting Defendants' Motion for Extension (dkt. # 29) | No change |
| **Plaintiff's Responses** | May 8, pursuant to Court's Standard 21-10 schedule | May 11 |
| **Defendants' Reply Submissions** | May 18, pursuant to Court's Standard 21-10 schedule | May 21 |

The grounds for this requested extension of one working day (three calendar days) are that the Defendants' Responses to the Plaintiff's discovery requests served March 10, 2026, were delayed. Originally due by rule on April 9, these responses were consensually extended based on the April 8, 2026, request of defense counsel for two weeks, until April 23 (six days into the Plaintiff's summary judgment response time). On April 23, they were again extended by agreement until Monday, April 27, ten days into the Plaintiff's summary judgment response time. They were finally received on April 29, 2026, twelve days into the Plaintiff's 21-day summary judgment response time, and supplemented on May 4, 2026.

This history is not to fault defense counsel as the Defendants' responses, while not perfect, were more substantively responsive than most, and over a thousand pages of documents were produced. The point is that, despite the best efforts of all involved, sometimes things take longer (for lawyers and for courts) than one would have hoped.

The undersigned is authorized to state that counsel for the Defendants do not oppose this motion if they receive the three-day extension of their own date for reply submissions requested in the table above.

Dated this Wednesday, May 6, 2026.

Respectfully submitted,

Mikayla Marie LeRette, Plaintiff,

By

GONDIK LAW, S.C.
RICHARD S. GONDIK, JR.
State Bar Number 1011331
1215 Belknap St.
Superior, WI 54880-2820
Phone:          (715) 395-3180
Fax:            (715) 394-7786
Email:          richardgondik@gmail.com


THE JEFF SCOTT OLSON LAW FIRM, S.C.
JEFF SCOTT OLSON
State Bar Number 1016284
1025 Quinn Drive, Suite 500
Waunakee, WI  53597-2502
Phone:          608 283-6001
Fax:            608 283 0945
E-mail:         jsolson@scofflaw.com


/s/     Jeff Scott Olson
_____
Jeff Scott Olson

ATTORNEYS FOR PLAINTIFF

3