IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MIKAYLA MARIE LERETTE,

      Plaintiff,

                                                          Case No.  25-cv-183-jdp

      v.

THE CITY OF SUPERIOR, THOMAS CHAMPAIGNE,
JOHN KIEL, JEFFREY HARRIMAN, and
MICHELLE POPE,

      Defendants.

## JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants against the plaintiff dismissing this case.

/s/ Deputy Clerk                                       7/27/2026

      Joel Turner, Clerk of Court                         Date