# INVOICE
1 of 1

Northwestern Court Reporters, Inc.
621 Second Street
Hudson, WI 54016
T: 715-386-5157  F: 715-386-6584

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 148086 | 3/31/2026 | 85365 |
| **Job Date** | **Case No.** | |
| 3/27/2026 | 25CV183 | |
| **Case Name** | | |
| Lerette vs. The City of Superior, WI | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kiley B. Zellner
Crivello, Nichols & Hall, S.C.
The Empire Building
710 North Plankinton Ave., #500
Milwaukee, WI 53203-2468

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Mikayla Lerette

1,815.96

**TOTAL DUE  >>>**        **$1,815.96**

**APPROVED FOR PAYMENT**

CASE NO.: ___2358___ - ___2500680___
DATE: ___03/31/2026___ BY: ___aluken___

**Tax ID:** 39-1180863

*Please detach bottom portion and return with payment.*

Kiley B. Zellner
Crivello, Nichols & Hall, S.C.
The Empire Building
710 North Plankinton Ave., #500
Milwaukee, WI 53203-2468

Invoice No.      : 148086
Invoice Date    : 3/31/2026
**Total Due**      : **$1,815.96**

Remit To: **Northwestern Court Reporters, Inc.**
**621 Second Street**
**Hudson, WI 54016**

Job No.        : 85365
BU ID          : 1-NWCR
Case No.      : 25CV183
Case Name    : Lerette vs. The City of Superior, WI

# EXHIBIT A-1