IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MIKAYLA MARIE LERETTE,

Plaintiff,

Case No: 25-CV-183

v.

THE CITY OF SUPERIOR, WISCONSIN,
In Their Individual Capacities
THOMAS CHAMPAIGNE
JOHN KIEL, JEFFREY HARRIMAN and
MICHELLE POPE,

Defendants.

---

## STIPULATION FOR DISMISSAL AND SATISFACTION OF COSTS

---

The parties, by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, Mikayla Marie Lerette ("Lerette"), commenced suit against the City of Superior and multiple individuals ("City Defendants") alleging that the defendants violated Lerette's rights, as alleged with more particularity in the Second Amended Complaint (Dkt. #25); and

WHEREAS, Judgment was entered on July 27, 2026 (Dkt. #54), in favor of all City Defendants dismissing the case; and

WHEREAS, costs were taxed on August 18, 2026, in favor of the City Defendants (Dkt. #57); and

WHEREAS, prior to the expiration of Lerette's deadline for filing a notice of appeal, the parties agreed to a settlement that included Lerette's agreement to forego an appeal in exchange for the City Defendants' waiver of costs.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the parties, by their respective counsel, that all claims may be dismissed with prejudice, that the costs are satisfied, and that an Order may be entered based on this stipulation.

Dated this 19th day of August, 2026.

THE JEFF SCOTT OLSON LAW FIRM, S.C.
Attorney for Plaintiff Mikayla LeRette

By: s/ Jeff Scott Olson
Jeff Scott Olson
Wisconsin Bar No. 1016284
1025 Quinn Drive, Suite 500
Waunakee, WI 53597-2502 (608) 535-1550
jsolson@scofflaw.com

CRIVELLO, NICHOLS & HALL, S.C.
Attorneys for Defendants, The City of Superior, Wisconsin, Thomas Champaigne John Kiel, Jeffrey Harriman and Michelle Pope

By: *s/Kiley B. Zellner*
SAMUEL C. HALL, JR.
State Bar No.: 1045476
KILEY B. ZELLNER
State Bar No.: 1056806
MAXWELL P. CONGDON
State Bar No.: 1139726
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203
Phone: 414-271-7722
Fax: 414-271-4438
Email: kzellner@crivellolaw.com